UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No.: 06-501 |
| | : | |
| | : | Criminal No.: 07- |
| v. | : | |
| | : | |
| | : | Violation: 18 U.S.C. § 371 |
| **ADAM DEGROAT** | : | (Conspiracy to Commit Mail Fraud) |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

**COUNT ONE – CONSPIRACY**

At all times material to this Information:

1. Gateway Computers ("Gateway") manufactured personal computers and related components for businesses and individuals. Although its headquarters was in Iowa, Gateway maintained a manufacturing and distribution plant in Hampton, Virginia. Gateway shipped personal computers and related components (referred to collectively herein as "computers") throughout the United States from its Hampton facility.

2. Defendant DeGroat worked at Gateway from 1997 through 2003 and at the time of charged conduct he was employed as a Shipping Analyst in the shipping department in the Hampton, Virginia plant and he resided in Hampton, Virginia.

3. Co-conspirator Dwayne Simmons was a Shipping Supervisor.

4. Co-conspirator Michael Ralph was Simmons' long-time friend who resided in Hampton, VA. Ralph previously worked as a temporary employee at Gateway's Hampton, VA facility.

5. Co-conspirator Orlando Marshall and Ralph are cousins. Marshall worked for the District of Columbia Child and Family Services Agency as a social worker and resided in the District of Columbia.

6. Co-conspirator Charles Emor formerly worked with Marshall and Marshall introduced Emor to Ralph in 1998. Emor was the director of a school called the Sunrise Academy in the District of Columbia. He resided in Maryland.

7. Co-conspirator Abdul Jalloh worked with Marshall at the District of Columbia Child and Family Services Agency as a social worker. He resided in Maryland.

## The Conspiracy

8. From between in or about December 1998, until in or about May 2002, in the District of Columbia and elsewhere, Simmons, Ralph, Marshall, Emor and Jalloh, and others whose identities are known and unknown to the United States (sometimes referred to as "co-conspirators"), did unlawfully and knowingly combine, conspire, confederate and agree together and with each other to commit the offense of Mail Fraud against the United States, in violation of 18 U.S.C. § 1341. After being recruited by Simmons, Defendant DEGROAT joined the conspiracy in approximately 2001.

<u>The Goal of the Conspiracy</u>

9.  The goal of the conspiracy was to obtain money by stealing Gateway computers from the Hampton Manufacturing Plant and selling them throughout the District of Columbia, Maryland, Virginia and elsewhere.

<u>Manner and Means of the Conspiracy</u>

10. In order to achieve the goal of the conspiracy, defendant DEGROAT and Simmons, Ralph, Marshall, Emor and Jalloh, and others whose identities are known and unknown to the United States, used the following manner and means, among others:

a.  Ralph and Simmons discussed how they could make money by stealing Gateway computers and re-selling them.

b.  Ralph provided Simmons with the names and addresses of people who wanted to purchase stolen Gateway computers. Among the names and addresses that Ralph provided to Simmons for this purpose were those of Marshall, Emor and Jalloh.

c.  Simmons provided the names to Defendant DEGROAT who was in a better position to transfer the computers from Gateway's Hampton, VA, facility.

d.  Defendant DEGROAT and Simmons, together with others whose identities are known and unknown to the United States, then re-labeled pre-packaged, new computers and caused them to be shipped via the United Parcel Service to the people whose names and addresses had been provided by Ralph.

e.  Simmons received cash from the sales of the stolen computers from Ralph and Simmons gave Defendant DEGROAT a substantial share of the money.

## Overt Acts

11. Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, defendant DEGROAT, Simmons, Ralph, Marshall, Emor and Jalloh, and others known and unknown to the United States committed the following overt acts, among others:

a. In or about December 2001, the exact date being unknown by the United States, Emor repeatedly ordered new Gateway computers from Ralph.

b. Shortly thereafter, Ralph provided Simmons with Emor's Gateway computer order.

c. Simmons provided Defendant DEGROAT with the name and address information for Emor.

d. Defendant DEGROAT re-labeled computers intended for true Gateway customers with the shipping information Simmons provided for Emor.

e. Defendant DEGROAT caused the mislabeled computer to be shipped from Gateway's Hampton, VA facility to identified purchasers via the United Parcel Service, an interstate commercial mail carrier.

f. On or about December 13, 2001, though he usually paid in cash, Emor sent Ralph a check for $1,350.00 in payment for stolen Gateway computers.

g. On or about February 20, 2002, though he usually paid in cash, Emor sent Ralph a check for $1,450.00 in payment for stolen Gateway computers.

h. Ralph gave Simmons the majority of Emor's payment.

i.        Simmons gave Defendant DEGROAT a substantial share of Simmons' share of

Emor's payment.

**(Conspiracy, Aiding and Abetting, Causing an Act to be Done,
in violation of Title 18, United States Code, Sections 371 and 2.)**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
Roy L. Austin, Jr.
Assistant United States Attorney
CA Bar. No. 211491
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20001
(202) 353-9458