AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Adam DeGroat

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-91

I, _Adam DeGroat_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _11 May 2007_ prosecution by indictment and consent that the
                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Henry Kennedy_
       Judicial Officer