UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 07- 91 |
| v. : | |
| : | Violation: 18 U.S.C. § 371 |
| : | (Conspiracy to |
| : | Commit Mail Fraud) |
| ADAM DEGROAT, : | |
| : | |
| Defendant. : | |
| : | |

FILED
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

The United States and Adam DeGroat agree that the following facts are true and correct:

Gateway Computers is a publicly held company that manufactures and distributes personal computers and related components. Gateway manufactured and distributed computers and components from a plant in Hampton, Virginia.

In 2001, while I was employed as a Shipping Analyst, I knew that I could divert computers and peripheral components from the Gateway Manufacturing Plant in Hampton, Virginia. Shortly thereafter, although I cannot remember the exact date, I began taking names and addresses from co-worker Dwayne Simmons of individuals interested in purchasing stolen Gateway computers. I understood that Simmons was receiving the names from a long-time friend who would provide Simmons the names on slips of paper or by telephone or by e-mail. I know that many of the stolen computers went to Abdul Jalloh and other middle men who I did not know. I know that computers were shipped from the Hampton plant to addresses in Washington, D.C., Maryland, New York, Massachusetts and South Carolina.

Simmons long-time friend collected payment for the stolen computers and he shared

those proceeds with Simmons who shared them with me. During the period of the conspiracy, I know that a complete Gateway computer system carried a retail value of between $1,200 and $3,000 and I participated in the illegal shipment of at least 30 computers for which I received at least $6,000 cash.

    I agree under penalty of perjury that the foregoing facts are true and correct.

                                            _____
                                            Adam DeGroat
                                            signed under penalty of perjury

I have read all 14 pages of this Plea Agreement and have discussed it with my attorney Mitchell Seltzer, Esq. I fully understand this Agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Agreement fully. I am pleading guilty because I am in fact guilty of the offense identified in this Agreement.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this Plea Agreement. I am satisfied with the legal services provided by my attorney in connection with this Plea Agreement and matters related to it.

Date: 5/11/07

_____
Adam DeGroat
Defendant

I have read all 14 pages of this Plea Agreement, reviewed them with my client, and discussed the provisions of the Agreement with my client, fully. These pages accurately and completely set forth the entire Plea Agreement.

Date: 5/11/07

_____
Mitchell Seltzer, Esquire
Attorney for the Defendant

-14-