**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**UNITED STATES OF AMERICA**

v.

Adam DeGroat

**Defendant.**

---

Criminal

07-91

### SENTENCING SCHEDULING ORDER

It is this  11  th day of  May 2007  , hereby

**ORDERED** that the sentencing in this matter is set for  9/28/07
at  10:30am  .; and it is

    **ORDERED** that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45days after the referral date; and it is further

    **ORDERED** that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

    **ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

    **ORDERED** that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

    **SO ORDERED.**

Henry H. Kennedy, Jr.
United States District Judge