UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-91 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **ADAM DEGROAT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant United States Attorney Tejpal S. Chawla, at telephone number (202) 353-2442, and/or email address Tejpal.Chawla@usdoj.gov. Tejpal S. Chawla will substitute for former Assistant United States Attorney Roy Austin. This is the notice of appearance for Assistant United States Attorney Tejpal S. Chawla in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

_____/s/_____
TEJPAL S. CHAWLA
Assistant United States Attorney
Fraud & Public Corruption Section, Bar No. 464012
555 4th Street, NW, Room 5840
Washington, DC 20530
(202) 353-2442

<u>CERTIFICATE OF SERVICE</u>

I hereby CERTIFY that a copy of the foregoing notice has been sent by ECF filing to counsel for the defendant, Mitchell Seltzer, Esq., 717 D Street, N.W. #310, Washington, D.C. this 10th day of August, 2007.

_____/s/_____
Tejpal S. Chawla
ASSISTANT UNITED STATES ATTORNEY