HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-91-01</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| DEGROAT, Adam | : | Disclosure Date: <u>August 24, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                                    Date

#### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  9/11    _____ 9/12/2007
Defendant              Date              Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 7, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
     United States Probation Officer

**ADAM DEGROAT/ Receipt and Acknowledgment/ 07-91-01**
**Sentencing Objections:**

P. 4, Par. 17; P. 6, par. 36; P. 12 par. 75.   The Court should consider the defendant's minimal role in the offense, as noted by the postal inspector who investigated this case, as a sentencing factor. pursuant to 18 U.S.C. 3553(a).  The Court should also consider the defendant's unique family circumstances as a mitigating sentencing factor. The defendant's brother Mark suffers from Neurofibromatosis and is paralyzed. As such, he needs assistance 24 hours a day.  The defendant's father, William DeGroat, cares for him during the day, and then goes to work at night. The defendant then takes care of his brother, including assisting him with feeding, personal hygiene, and bathroom functions, during the nighttime hours. There is no other family member available to participate in Mark's care, and the family lacks the financial resources to hire an outside aide. It would therefore be a great hardship if the defendant were incarcerated and unavailable to assist in his brother's care.

P. 7, Par. 42. The tenth word should read "ever."

P. 9, Par 55.  The defendant's attorney was appointed by the Court pursuant to the Criminal Justice Act.

_____
Defense Counsel

_____
Date

2