PROB 49
(Mod.ED/VA 8/98)

**FILED**
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

U.S.A. vs. Adam Degroat                                  Criminal No. 07 CR 91 - (01)

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay the outstanding special assessment and restitution balance at a rate of not less than $150.00 per month until paid in full as directed by the Probation Officer.

Witness: _____          Signed: _____
            U.S. Probation Officer                                          Probationer

                1-9-08
                DATE

                                                      Respectfully,

**ORDER OF COURT**

    Considered and ordered this 27th day of February, 2008 and ordered filed and made a part of the records in the above case.

_____          U.S. Probation Officer
U.S. District Judge

                                                        Place _____

                                                        Date _____