**UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA**

FILED
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs **DEGROAT, Adam**                                    Docket No.: **CR 07-91**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the conditions of supervised release be modified to include the defendant shall pay the outstanding special assessment and restitution balance at a rate of not less than $150.00 per month until paid in full as directed by the Probation Officer.

### ORDER OF COURT

Considered and ordered this _27th_ day of _February_, 2008.

_____
Henry K. Kennedy, Jr.
United States District Judge