UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **DEGROAT, Adam**                        Docket No.: **CR 07-91-01**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER the following:

1. That the Probation Office is not required to contact Adam Degroat's employer and inform them of his conviction.

### ORDER OF COURT

Considered and ordered this ____27th____ day of __February__, 2008.

_____
Henry Kennedy, Jr.
United States District Judge